**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1797**

---

TYRONE CARTER,

Plaintiff - Appellant,

versus

BEAR ISLAND PAPER, LLC,

Defendant - Appellee,

and

BOBBY JACKSON; MIKE POWELL,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-03-989-3)

---

Submitted:  February 28, 2005          Decided:  March 16, 2005

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frederick H. Marsh, HILL, TUCKER, & MARSH, Richmond, Virginia, for Appellant. D. Eugene Webb, Jr., Mary Leslie Parpart, TROUTMAN SANDERS LLP, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Carter appeals the district court's order granting summary judgment to Defendant in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carter v. Bear Island Paper, LLC, No. CA-03-989-3 (E.D. Va. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED